# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

| | |
|---|---|
| **DAVID RIDLING,** ) | |
| ) | |
|     **Petitioner,** ) | |
| ) | |
| **v.** ) | Case No. 1:24-cv-01785-RDP-SGC |
| ) | |
| **D. YEAGER,** ) | |
| ) | |
|     **Respondent.** ) | |

## **MEMORANDUM OPINION and ORDER**

David Ridling ("Petitioner") commenced this action by filing a petition for a writ of habeas corpus under 28 U.S.C. § 2241. (Doc. 1). After filing the petition, Petitioner filed a motion seeking protection from retaliation. (Doc. 17). The Magistrate Judge entered a Report and Recommendation on June 13, 2025, recommending the court term the motion seeking protection from retaliation and dismiss the petition without prejudice because Petitioner failed to exhaust his administrative remedies. (Doc. 26). Although the court advised the parties of their right to file specific written objections within 14 days, the court has not received any objections.

After careful consideration of the record in this case and the Magistrate Judge's Report and Recommendation, the court **ADOPTS** the Report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court **DIRECTS** the Clerk to **TERMINATE** the motion seeking protection from retaliation. (Doc. 17). The court will dismiss the petition without prejudice for failure to exhaust administrative remedies. A final judgment will be entered.

**DONE** and **ORDERED** this July 8, 2025.

_____
**R. DAVID PROCTOR**
CHIEF U.S. DISTRICT JUDGE